**GRAPHIC PACKAGING INTERNATIONAL, LLC, Appellant**

v.

**INLINE PACKAGING, LLC, Appellee**

2017-1776

United States Court of Appeals, Federal Circuit.

February 8, 2018

BARRY J. HERMAN, Womble Carlyle Sandridge & Rice LLP, Baltimore, MD, argued for appellant. Also represented by CHRISTINE H. DUPRIEST, Washington, DC; JAMES FREDERICK VAUGHAN, Atlanta, GA.

CHAD E. ZIEGLER, Neustel Law Offices, Ltd., Fargo, ND, argued for appellee. Also represented by MICHAEL S. NEUSTEL.

(O'Malley, Reyna, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**